24429. ELLISON *v.* HICKS.

BROYLES, C. J. While the record contains evidence that would have supported a larger verdict in favor of the plaintiff, it also discloses evidence authorizing the verdict returned for that party; and the grounds of the motion for a new trial (several of which are not complete and understandable within themselves) show no cause for a reversal of the judgment. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 3, 1935.

*Gilbert C. Robinson,* for plaintiff.
*Felton & Felton,* for defendant.